# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| PAMELA ROCHELL WORTHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| COMMISSIONER OF SOCIAL ) | Civil Action No: 9:13-cv-2686-MGL |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On February 11, 2015, Counsel for the Plaintiff, Danny Mayes, filed a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $4,569.50 for fees (24.05 hours at $190.00 per hour), $7.00 for costs and $16.00 for expenses. The Court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's request for fees reasonable. Accordingly,

IT IS ORDERED that Plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, be granted in the amount of $4,569.50 for fees, $7.00 for costs and $16.00 for expenses.

Signed this 27th day of February, 2015, in Columbia, South Carolina.

s/Mary G. Lewis
MARY G. LEWIS
UNITED STATES DISTRICT JUDGE